TRUDY GOMBERG, Plaintiff-Appellant, *v.* RAYMOND GOMBERG, Defendant-Appellee.

(No. 59718;

First District (1st Division)—November 18, 1974.

*Rehearing denied December 17, 1974.*

PER CURIAM.

Rinella and Rinella, of Chicago (Owen L. Doss, of counsel), for appellant.

L. Louis Karton, Ltd., of Chicago, for appellee.

DOROTHY M. JUEN, Plaintiff-Appellee, *v.* KENNETH J. JUEN, Defendant-Appellant.

(No. 74-146;

Fifth District—November 14, 1974.